LAW OFFICE OF MICHAEL D. LIBERTY
Michael D. Liberty (Bar No. 136088)
1290 Howard Avenue, Suite 303
Burlingame, California 94010
Telephone: (650) 685-8085
Facsimile: (650) 685-8086
mdlaw@pacbell.net
Attorney for Plaintiffs

FILED

2008 JAN 16 P 2:22

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

Fee Paid
S1

E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| IVONNE GUERRERO, INDIVIDUALLY AND AS GUARDIAN AD LITEM FOR: JESUS I. GUERRERO, A MINOR CHILD; LUIS GUERRERO, A MINOR CHILD; ICELLA M. GUERRERO, A MINOR CHILD;<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN BENITO; COUNTY OF SAN BENITO SHERIFF'S DEPARTMENT; MICHAEL RODRIGUES; CURTIS J. HILL<br><br>Defendants. | No. C08 00307 PVT<br><br>COMPLAINT FOR DAMAGES FOR WRONGFUL DEATH AND SURVIVAL ACTION FOR VIOLATION OF CIVIL RIGHTS<br><br>(42 U.S.C. §1983)<br><br>JURY TRIAL DEMANDED |

Plaintiffs Ivonne Guerrero, the wife of decedent Israel Guerrero (sometimes "decedent"), individually and as guardian ad litem for his children: Jesus I. Guerrero, a minor child; Luis Guerrero, a minor child; Icella M. Guerrero, a minor child, allege as follows:

1

COMPLAINT FOR DAMAGES FOR WRONGFUL DEATH AND SURVIVAL ACTION

## I. INTRODUCTION

1. On June 10, 2007 when ISRAEL GUERRERO was 29 years old, he died at Hazel Hawkins Memorial Hospital in San Benito County, California. The death was caused by the unprovoked, malicious, and excessive force used by sheriff Michael Rodrigues while in the course and scope of his duties at the Sheriffs' Department of San Benito County. Mr. Guerrero was tasered, struck with a baton, sprayed with pepper spray and shot with a gun by defendant sheriff Michael Rodrigues while Guerrero was unarmed and turning away from the sheriff.

## II. JURISDICTION AND VENUE

2. This Court has jurisdiction over this civil action pursuant to 42 U.S.C. section 1983 for violations of due process in violation of the Fourth and Fourteenth Amendments to the United States Constitution.

3. This court also has jurisdiction over Plaintiffs' claims of violations of federal Constitutional Rights under 28 U.S.C. section 1331, 1343 and 1367.

4. The actions giving rise to Defendants' liability, as alleged in this Complaint, occurred in the County of San Benito, which is within the Northern District of California. Venue is therefore proper in this District pursuant to Title 28, United States Code, Section 1391(b) and Civil Local Rule 3-2(d).

### JURY TRIAL DEMAND

5. Plaintiffs hereby demand a trial by jury.

### PARTIES

6. Decedent ISRAEL GUERRERO was an individual residing in Bakersfield, California. ISRAEL GUERRERO died on June 10, 2007 in Hazel Hawkins Memorial Hospital, San Benito County, California. A true and correct copy of ISRAEL GUERRERO's Death Certificate is attached hereto as Exhibit A and incorporated by reference.

7. Plaintiff IVONNE GUERRERO is the wife, lawful heir and/or the lawful successor in interest

to ISRAEL GUERRERO.

8.  Plaintiff JESUS I. GUERRERO, a minor child, is the son of ISRAEL GUERRERO. He is represented in this lawsuit by his guardian ad litem, and mother Ivonne Guerrero.

9.  Plaintiff LUIS GUERRERO, a minor child, is the son of ISRAEL GUERRERO. He is represented in this lawsuit by his guardian ad litem, and mother Ivonne Guerrero

10.  Plaintiff ICELLA M. GUERRERO, a minor child, is the daughter of ISRAEL GUERRERO. She is represented in this lawsuit by her guardian ad litem, and mother Ivonne Guerrero.

11.  Plaintiffs Ivonne Guerrero, the wife of decedent Israel Guerrero, individually and as guardian ad litem for his children: Jesus I. Guerrero, a minor child; Luis Guerrero, a minor child; Icella M. Guerrero, a minor child are the legal heirs of ISRAEL GUERRERO and have the legal right to maintain this lawsuit for, inter alia, wrongful death.

12.  Defendant COUNTY OF SAN BENITO is a political subdivision of the state of California. As a local governmental entity, Defendant County is a suable person under 42 U.S.C. section 1983.

13.  Defendant COUNTY OF SAN BENITO SHERIFF'S DEPARTMENT is the local sheriff's department for the County of San Benito.

14.  Defendant CURTIS J. HILL is the sheriff of COUNTY OF SAN BENITO SHERIFF'S DEPARTMENT. At the time of the shooting incident giving rise to this Complaint, Defendant CURTIS J. HILL was the acting sheriff of COUNTY OF SAN BENITO SHERIFF'S DEPARTMENT. In committing the acts and omissions alleged in this Complaint, CURTIS J. HILL was acting under color of law and within the course and scope of his employment as acting sheriff of COUNTY OF SAN BENITO SHERIFF'S DEPARTMENT. As sheriff of COUNTY OF SAN BENITO SHERIFF'S DEPARTMENT, CURTIS J. HILL was an official with final policy-making authority regarding the supervision, discipline, and training of sheriffs for the SAN BENITO SHERIFF'S DEPARTMENT. CURTIS J. HILL is being sued in his individual and official capacities.

15. Defendant MICHAEL RODRIGUES is a San Benito County Sheriff's deputy or officer who, while working under color of law, caused the injuries and/or death of ISRAEL GUERRERO and caused the PLAINTIFFS to suffer damages.

16. At all times relevant to this Complaint, Defendant Michael Rodrigues was acting pursuant to Defendant County's and Sheriff department's laws, customs, and/or policies, resulting in the wrongful death of ISRAEL GUERRERO. The use of force by Defendant Michael Rodrigues was unreasonable under the circumstances, and constituted a violation of the constitutional and personal rights of decedent. All incidents described herein occurred while Defendant Michael Rodrigues was in uniform and on duty as a police officer and acting within the scope of his employment.

17. All Defendants have acted under color of law at all times relevant to this complaint.

18. Plaintiffs have properly complied with timely presentation of this claim under the government claims requirement of Government Code section 911.2. On October 10, 2007, the County of San Benito denied the claim.

19. Plaintiffs herein are entitled to an award of attorneys fees and costs, pursuant to 42 U.S.C. section 1988.

## FACTUAL ALLEGATIONS

20. On January 24, 2006, deputy Defendant Michael Rodrigues from the San Benito County Sheriff's Department confronted decedent ISRAEL GUERRERO on Highway 156 in Hollister, San Benito County, CA. Deputy Defendant Michael Rodrigues had his minor daughter in the patrol car.

21. Deputy Defendant Michael Rodrigues confronted and assaulted Mr. Guerrero. Mr. Guerrero was tasered, struck with a baton, sprayed with pepper spray and shot with a gun by defendant sheriff Michael Rodrigues while Guerrero was unarmed. Defendant sheriff Michael Rodrigues' use of force, assault, battering and shooting of decedent was unnecessary and unwarranted in the performance of his duties, and constituted an unreasonable, unwarranted and excessive use of force.

22. Defendant Deputy Defendant Michael Rodrigues assaulted, battered, abused, tasered and struck with a baton, decedent in the absence of just cause or provocation, violating decedent's constitutional rights.

23. After defendant sheriff Michael Rodrigues shot him, Mr. Guerrero was taken to Hazel Hawkins Memorial Hospital and remained there until he died a short time after. He died due to the conduct of the Sheriff's actions, of the unlawful and improper use of excessive force and by being shot with a gun.

24. Mr. Guerrero died on June 10, 2007 as a direct and proximate cause of the actions of defendant sheriff Michael Rodrigues, the Sheriff's department, the county of San Benito and the acts and omissions of CURTIS J. HILL.

25. Mr. Guerrero's death, and plaintiffs' damages, were legally and proximately caused by defendants' conduct.

26. Defendants COUNTY OF SAN BENITO, SAN BENITO SHERIFF'S DEPARTMENT, and CURTIS J. HILL did not adequately or properly supervise, investigate, or discipline Deputy Defendant Michael Rodrigues in response to the unjustified killing of decedent. COUNTY OF SAN BENITO, SAN BENITO SHERIFF'S DEPARTMENT, and CURTIS J. HILL ratified and adopted the conduct of Deputy Defendant Michael Rodrigues.

27. Plaintiffs are informed and believes, and on that basis allege that Defendants COUNTY OF SAN BENITO, SAN BENITO SHERIFF'S DEPARTMENT, and CURTIS J. HILL failed to adequately train, supervise, and discipline police officers of the SAN BENITO SHERIFF'S DEPARTMENT with respect to the use of force tactics, use of taser guns and guns, identifying people who may be under the influence of controlled substances, policies and procedures concerning confronting and arresting suspects who may be under the influence of controlled substances, and response to calls for service involving persons who may be under the influence of controlled

COMPLAINT FOR DAMAGES FOR WRONGFUL DEATH AND SURVIVAL ACTION

substances.

28. Plaintiffs are informed and believe, and on that basis alleges that Defendants COUNTY OF SAN BENITO, SAN BENITO SHERIFF'S DEPARTMENT, and CURTIS J. HILL had actual and/or constructive knowledge that the failure to adequately train, supervise, and discipline police officers would cause violations of the personal and constitutional rights. The inadequate supervision, training, and discipline of San Benito Sheriff officers regarding the use of force in areas such as taser tactics and procedures, use of force tactics, identifying people with persons who may be under the influence of controlled substances, policies and procedures concerning confronting and arresting persons who may be under the influence of controlled substances, or who are mentally ill, demonstrates the existence of a de facto custom or policy that tolerates and promotes the misconduct and violations of constitutional rights, including the use of excessive force described in this Complaint.

29. Defendants knew, or in the exercise of reasonable diligence should have known, that Michael Rodrigues posed a threat to the community, and had previously committed acts of violence on other persons.

### FIRST CAUSE OF ACTION

(NEGLIGENCE AGAINST MICHAEL RODRIGUES)

30. Plaintiffs hereby incorporates by reference paragraphs 1 through 29, inclusive of this Complaint, as though fully set forth hereinafter.

31. San Benito County Sheriff Defendant Michael Rodrigues was at all times under a duty to act reasonably, to use reasonable force, with due care and without negligence, and to act in such a manner as reasonably prudent persons would act under similar circumstances in the apprehension, control and arrest of ISRAEL GUERRERO and in the reasonable use of the Taser guns and hand gun.

32. San Benito County Sheriffs Defendant Michael Rodrigues failed to do this and thereby

breached this duty.

33. Defendant Sheriff Defendant Michael Rodrigues breached those duties by virtue of the acts described herein.

34. As a direct and proximate result and legal cause of the acts, omissions, carelessness, wrongful conduct and unlawfulness of defendant Sheriff Defendant Michael Rodrigues, ISRAEL GUERRERO was injured and died, causing damages to himself and plaintiffs.

WHEREFORE, PLAINTIFFS pray for judgment as set forth below.

## SECOND CAUSE OF ACTION

(ASSAULT AND BATTERY AGAINST DEFENDANT MICHAEL RODRIGUES)

43. Plaintiffs hereby incorporate by reference paragraphs 1 through 42, inclusive of this Complaint, as though fully set forth hereinafter.

44. By his conduct set forth in this complaint, DEFENDANT MICHAEL RODRIGUES did wrongfully assault and/or batter ISRAEL GUERRERO, who was injured and died, causing damages to him and plaintiffs.

WHEREFORE, PLAINTIFFS pray for judgment as set forth below.

## THIRD CAUSE OF ACTION

(VIOLATIONS OF CIVIL RIGHTS (42 USC SECTION 1983) AGAINST DEFENDANT MICHAEL RODRIGUES)

45. Plaintiffs hereby incorporate by reference paragraphs 1 through 44, inclusive of this Complaint, as though fully set forth hereinafter.

46. DEFENDANT MICHAEL RODRIGUES acted, under color of a statute, ordinance, regulation, custom, or usage, of California and/or the United States, subjected, or caused to be subjected, ISRAEL GUERRERO, a citizen of the United States, to the deprivation of his rights, privileges, and/or immunities secured by the Constitution and laws, and is therefore liable to ISRAEL GUERRERO and plaintiffs in an action at law under 42 U.S.C., §1983.

47. By his conduct set forth in this complaint, DEFENDANT MICHAEL RODRIGUES did wrongfully assault and/or batter and shoot and kill ISRAEL GUERRERO, who was injured and died, causing damages to him and plaintiffs.

WHEREFORE, PLAINTIFFS pray for judgment as set forth below.

### FOURTH CAUSE OF ACTION

(VIOLATIONS OF CIVIL RIGHTS (42 USC SECTION 1983)
AGAINST Defendants COUNTY OF SAN BENITO, SAN BENITO SHERIFF'S DEPARTMENT, and CURTIS J. HILL in his official capacity)

48. Plaintiffs hereby incorporate by reference paragraphs 1 through 47, inclusive of this Complaint, as though fully set forth hereinafter.

49. Defendants COUNTY OF SAN BENITO, SAN BENITO SHERIFF'S DEPARTMENT, and CURTIS J. HILL, through their acts and omissions, inflicted constitutional violations against Israel Guerrero and plaintiffs through their execution of government and department policies or customs.

50. The customs, policies, practices, acts and omissions of defendants COUNTY OF SAN BENITO, SAN BENITO SHERIFF'S DEPARTMENT, and CURTIS J. HILL, acting in his official capacity, and the deliberate indifference of such Defendants and the adoption and ratification of the misconduct of Defendant Michael Rodrigues as described in this Complaint, were a moving force behind the violations of constitutional rights and the resulting damages suffered by decedent and Plaintiffs.

WHEREFORE, PLAINTIFFS pray for judgment as set forth below.

### FIFTH CAUSE OF ACTION

(VIOLATIONS OF CIVIL RIGHTS (42 USC SECTION 1983)
AGAINST Defendant CURTIS J. HILL in his individual capacity)

51. Plaintiff realleges and incorporates by reference paragraphs 1 through 50 as though fully set forth herein.

52. Plaintiffs are informed and believes and on that basis alleges that Defendant CURTIS J. HILL

8

1 in his individual capacity participated in the violation of decedent's and Plaintiffs' rights by failing to provide adequate training, supervision, discipline, and control of San Benito County Sheriff officers with respect to the constitutionally appropriate use of force, including deadly force, and with respect to employing safe and constitutionally-permissible means of performing necessary police functions when confronted with persons who may be under the influence of controlled substances.

53. Plaintiffs are informed and believes and on that basis alleges that Defendant CURTIS J. HILL in his individual capacity put in place a policy and custom adopting a pattern and practice of his department's employing excessive and/or deadly force when confronting persons who may be under the influence of controlled substances who do not pose an imminent threat of great bodily harm.

54. Plaintiffs are further informed and believes and on that basis alleges that Defendant CURTIS J. HILL in his individual capacity participated in the violation of decedent and Plaintiffs' rights by ratifying the conduct of Defendant Michael Rodrigues as described in this Complaint, thereby acquiescing in the deprivation of decedent's and Plaintiffs' rights.

55. Said actions were undertaken by Defendant CURTIS J. HILL in his capacity as final decision-makers pursuant to authority granted to him by the COUNTY OF SAN BENITO and such actions represented official municipal policy and practice.

WHEREFORE, Plaintiffs pray for relief as set forth below.

### SIXTH CAUSE OF ACTION
### (WRONGFUL DEATH AGAINST ALL DEFENDANTS)

56. Plaintiffs incorporate by reference paragraphs 1 through 55 as set forth fully hereinafter.

57. As a direct result of the conduct, acts and omissions of Defendants County Of San Benito, Defendant CURTIS J. HILL, San Benito County Sheriff's Department and Defendant Michael Rodrigues, ISRAEL GUERRERO died.

58. The death of ISRAEL GUERRERO was proximately caused by the conduct, acts or omissions of defendants County Of San Benito, Defendant CURTIS J. HILL, San Benito County Sheriff's

Department, Defendant Michael Rodrigues through their wrongful acts or neglect.

59. The death of Mr. Guerrero has caused pecuniary or compensable loss to Plaintiffs, the lawful heirs of ISRAEL GUERRERO as defined in Code of Civil Procedure section §377.10 et seq; to wit, Ivonne Guerrero, the wife of decedent Israel Guerrero, individually and as guardian ad litem for his children: Jesus I. Guerrero, a minor child; Luis Guerrero, a minor child; Icella M. Guerrero, a minor child.

WHEREFORE, PLAINTIFFS pray for judgment as set forth below.

### SEVENTH CAUSE OF ACTION

(SURVIVAL ACTION AGAINST COUNTY OF SAN BENITO; SAN BENITO COUNTY SHERIFF'S DEPARTMENT; CURTIS J. HILL and MICHAEL RODRIGUES)

60. Plaintiffs incorporate by reference paragraphs 1 through 59 as set forth fully hereinafter.

61. Decedent and plaintiffs incurred medical and hospital and burial expenses as a direct and proximate result of defendants' wrongful acts or omissions described in this complaint.

62. Prior to decedent's death, Defendant Michael Rodrigues, INCLUSIVE, did so maliciously, wrongfully, illegally, intentionally, oppressively assault and batter, shoot and otherwise strike decedent about his body, causing injuries and pain and suffering.

63. Through their acts and omissions, as set forth in this complaint, COUNTY OF SAN BENITO; SAN BENITO COUNTY SHERIFF'S DEPARTMENT; CURTIS J. HILL did cause the death of Israel Guerrero, causing injuries to plaintiffs.

64. As a direct and proximate result of defendants' wrongful acts or omissions described in this CAUSE OF ACTION, decedent suffered damages and injuries, and plaintiffs have sustained damages.

65. In the wrongful acts or omissions described in this CAUSE OF ACTION, defendants acted with fraud, oppression, and/or malice.

66. By reason of defendant's wrongful acts or omissions described in this complaint, decedent's

successor in interest is entitled to recover punitive and exemplary damages.

WHEREFORE, Plaintiffs pray for judgment as set forth below.

### EIGHTH CAUSE OF ACTION

**NEGLIGENT TRAINING AND/OR SUPERVISION**
**(AGAINST DEFENDANTS COUNTY OF SAN BENITO, COUNTY OF SAN BENITO SHERIFF'S DEPARTMENT AND CURTIS J. HILL)**

67. Plaintiff realleges and incorporates by this reference paragraphs 1 through 66 as though fully set forth herein.

68. At all times mentioned in this Complaint, Defendants COUNTY OF SAN BENITO, COUNTY OF SAN BENITO SHERIFF'S DEPARTMENT AND CURTIS J. HILL, and each of them, owed a duty to use reasonable care to avoid causing foreseeable harm to decedent and Plaintiffs and to refrain from breaching that duty against decedent and Plaintiffs. In particular, Defendants COUNTY OF SAN BENITO, COUNTY OF SAN BENITO SHERIFF'S DEPARTMENT AND CURTIS J. HILL had duties to properly hire, retain, train and supervise the sheriff officers on the proper use of non-lethal force and use of Taser guns and hand guns.

69. Defendants COUNTY OF SAN BENITO, COUNTY OF SAN BENITO SHERIFF'S DEPARTMENT AND CURTIS J. HILL, breached these duties while acting within the course and scope of their employment with the COUNTY OF SAN BENITO.

70. At all times mentioned in this Complaint, Defendants COUNTY OF SAN BENITO, COUNTY OF SAN BENITO SHERIFF'S DEPARTMENT AND CURTIS J. HILL, and each of them owed a duty of care to persons, including decedent and Plaintiffs, coming into contact with police officers with the COUNTY OF SAN BENITO SHERIFF'S DEPARTMENT to exercise reasonable care in the retention, training, discipline and supervision of all sheriffs employed by the COUNTY OF SAN BENITO SHERIFF'S DEPARTMENT.

71. At all relevant times, it was foreseeable that a failure to exercise due care in the retention, training, discipline and supervision of SHERIFF officers, including Michael Rodrigues, would create

an unreasonable risk of harm to persons coming into contact with sheriff officers with the COUNTY OF SAN BENITO SHERIFF'S DEPARTMENT.

72. As a proximate result of the negligent acts and /or omissions of Defendants COUNTY OF SAN BENITO, COUNTY OF SAN BENITO SHERIFF'S DEPARTMENT AND CURTIS J. HILL, decedent suffered general damages including physical pain and mental anguish and plaintiffs have been damaged.

WHEREFORE, Plaintiffs pray as follows:

1. For compensatory damages in an amount according to proof at trial;
2. For special and general damages in an amount according to proof at trial;
3. For reasonable costs and attorneys' fees under applicable law;
4. For punitive damages;
5. For such other and further relief as the Court may deem appropriate.

DATED: January 10, 2008

LAW OFFICE OF MICHAEL D. LIBERTY

By: _____
Michael D. Liberty
Attorney for Plaintiffs

COMPLAINT FOR DAMAGES FOR WRONGFUL DEATH AND SURVIVAL ACTION



# COUNTY of SAN BENITO
HOLLISTER, CALIFORNIA

Page 1 of 2

BOOK 034 PAGE 78 — CERTIFICATE OF DEATH — 3200735000078

| Field | Value |
|---|---|
| Name of Decedent — First | ISRAEL |
| Last | GUERRERO |
| Date of Birth | 09/21/1977 |
| Age | 29 |
| Sex | M |
| Birth State | CA |
| Social Security Number | 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 |
| In U.S. Armed Forces | NO |
| Marital Status | MARRIED |
| Date of Death | 06/10/2007 |
| Hour | 1525 |
| Education | HS GRADUATE |
| Hispanic | YES — MEXICAN AMERICAN |
| Race | WHITE |
| Usual Occupation | CLERK |
| Kind of Business/Industry | GROCERY STORE |
| Years in Occupation | 6 |
| Decedent's Residence | 400 WHITE LN, #50 |
| City | BAKERSFIELD |
| County | KERN |
| Zip Code | 93307 |
| Years in County | 1 |
| State | CA |
| Informant's Name, Relationship | JOSE LUIS GUERRERO, BROTHER |
| Informant's Mailing Address | 803 SOUTH ST., HOLLISTER, CA 95023 |
| Surviving Spouse — First | IVONNE |
| Last (Maiden) | NAVARRO |
| Father — First | LUIS |
| Last | GUERRERO |
| Birth State | MEXICO |
| Mother — First | MARIA |
| Middle | ELENA |
| Last | VALADEZ |
| Birth State | MEXICO |
| Disposition Date | 06/15/2007 |
| Place of Final Disposition | JACONA, MICHOACAN, MX |
| Type of Disposition | CR/TR |
| Signature of Embalmer | JOHN SANDER |
| License Number | EMB6994 |
| Funeral Establishment | BLACK COOPER SANDER FUNERAL HOME — FD23 |
| Signature of Local Registrar | ELIZABETH FALADE, MD |
| Date | 06/14/2007 |
| Place of Death | HAZEL HAWKINS HOSPITAL |
| County | SAN BENITO |
| Facility Address | 911 SUNSET DR. |
| City | HOLLISTER |
| Immediate Cause of Death | PENDING |
| Death Reported to Coroner | YES — 07-0892 |
| Biopsy Performed | YES |
| Autopsy Performed | YES |
| Used in Determining Cause | YES |
| Coroner/Dep Coroner | JEFF GOODWIN |
| Date | 06/14/2007 |
| Type Name, Title | JEFF GOODWIN, DEP CORONER |



CERTIFIED COPY OF VITAL RECORDS
STATE OF CALIFORNIA, COUNTY OF SAN BENITO
This is a true and exact reproduction of the document officially registered and placed on file in the office of the San Benito County Clerk-Recorder.

DATE ISSUED: SEP 2 0 2007

*000042655*

JOE PAUL GONZALEZ
SAN BENITO COUNTY CLERK-RECORDER



"Exhibit A"



## PHYSICIAN/CORONER'S AMENDMENT
### DEATHS AFTER 1-1994

NO ERASURES, WHITEOUTS, OR OTHER ALTERATIONS
USE BLACK INK ONLY
1.1

Book 34 Page 78
STATE FILE NUMBER

3200735000078
LOCAL REGISTRATION DISTRICT AND CERTIFICATE NUMBER

### PART I — INFORMATION TO LOCATE RECORD

| | 1. NAME—FIRST (GIVEN) | 2. MIDDLE | 3. LAST (FAMILY) | 4. SEX |
|---|---|---|---|---|
| NAME AS IT APPEARS ON RECORD | ISRAEL | | GUERRERO | M |
| | 5. DATE OF EVENT—MM/DD/CCYY | 6. CITY OF OCCURRENCE | 7. COUNTY OF OCCURRENCE | |
| ADDITIONAL INFORMATION TO LOCATE RECORD | 06/10/2007 | HOLLISTER | SAN BENITO | |

### PART II — STATEMENT OF CORRECTIONS

| CERTIFICATE ITEM NUMBER | 9. INFORMATION AS IT APPEARS ON ORIGINAL RECORD | 10. INFORMATION AS IT SHOULD APPEAR |
|---|---|---|
| 107A | PENDING | EXCITED DELIRIUM |
| 107AT | - - - | HOURS |
| 107B | | COCAINE INTOXICATION |
| 107BT | | HOURS |
| 107C | | METHAMPHETAMINE INTOXICATION |
| 107CT | | HOURS |
| 112 | | GUNSHOT WOUND, TASER AND PEPPER SPRAY APPLICATION, PHYSICAL STRUGGLE WITH LAW ENFORCEMENT AND MEDICAL PERSONNEL |
| 113 | | |
| 119 | PENDING INVESTIGATION | HOMICIDE |

LIST ONE ITEM PER LINE

I HEREBY DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

| DECLARATION OF CERTIFYING PHYSICIAN OR CORONER | 11. SIGNATURE OF CERTIFYING PHYSICIAN OR CORONER | 12. DATE SIGNED—MM/DD/CCYY | 13. TYPED OR PRINTED NAME AND TITLE/DEGREE OF CERTIFIER |
|---|---|---|---|
| | ▶ THOMAS KEYLON | 08/07/2007 | DEPUTY CORONER |
| | 14. ADDRESS—STREET AND NUMBER | 15. CITY | 16. STATE | 17. ZIP CODE |
| | 461 FOURTH ST | HOLLISTER | CA | 95024 |
| STATE/LOCAL REGISTRAR USE ONLY | 18. OFFICE OF VITAL RECORDS OR SIGNATURE OF LOCAL REGISTRAR | 19. DATE ACCEPTED FOR REGISTRATION—MM/DD/CCYY |
| | ▶ ELIZABETH FALADE, MD | 08/08/2007 |

STATE OF CALIFORNIA, DEPARTMENT OF HEALTH SERVICES, OFFICE OF VITAL RECORDS

*022007000057107*

VS 24A REV. 12/03

1.1



CERTIFIED COPY OF VITAL RECORDS
STATE OF CALIFORNIA, COUNTY OF SAN BENITO

This is a true and exact reproduction of the document officially registered and placed on file in the office of the San Benito County Clerk-Recorder.

DATE ISSUED SEP 2 0 2007  By  Deputy

This copy is not valid unless prepared on an engraved border, displaying date, and the signature of the Deputy County Clerk-Recorder.

*000042654*


JOE PAUL GONZALEZ
SAN BENITO COUNTY CLERK-RECORDER