# United States District Court

NORTHERN DISTRICT OF CALIFORNIA

**FILED**

2008 FEB 11 P 4: 06

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
ND OF CA. S.J

Ivonne Guerrero, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

County of San Benito, et al.

E-FILING

**C08 00307 PVT**

TO: (Name and address of defendant)

Cutris Hill
County of San Benito Sheriff's Department
451 4th Street
Hollister, CA 95023

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael D. Liberty (136088)
Law Office of Michael D. Liberty
1290 Howard Avenue, Suite 303
Burlingame, CA 94010

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

JAN 1 6 2008

Richard W. Wieking
CLERK

DATE_____

(BY) DEPUTY CLERK
Tiffany Salinas-Harwell

CASE NAME   Ivonne Guerrero, et al vs. County of San Benito, e
CASE NUMBER   C08 00307 PVT

AO 88 (Rev. 1/90) Summons in a Civil Action

### RETURN OF SERVICE

| Service of the Summons and Complaint* was made by me1 | DATE 2/1/2008 12:00 p.m |
|---|---|
| NAME OF SERVER (PRINT) Jeffrey Pink | TITLE PROCESS SERVER 180   San Mateo 1/11/2009 |

*Check one box below to indicate appropriate method of service*

DEFENDANT:   Curtis Hill   By Serving: Evelia Gomez - Authorized to Accept

[X] Served personally upon the defendant. Place where served:
County of San Benito Sheriff's Department - 451 - 4th Street, Hollister, CA

[ ] Left copies thereof at the defendant's 's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

[ ] Returned unexecuted:

[ ] Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $75.00 | TOTAL $75.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   2/4/2008
DATE                                SIGNATURE OF SERVER



ARE YOU BEING SERVED?
1325 HOWARD AVENUE
PMB #507
BURLINGAME, CA 94010
(650)348-SERVE (7378)  SAN MATEO 1/11/2009

3411

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.