JOHN L. FLEGEL, #57010
NICOLAS A. FLEGEL, #229360
JORGENSON, SIEGEL,
McCLURE & FLEGEL, LLP
1100 Alma Street, Suite 210
Menlo Park, CA 94025
Telephone: (650) 324-9300
Facsimile: (650) 324-0227

Attorneys for Defendant
MICHAEL RODRIGUES

FILED

2008 FEB 29 P 12: 29

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

IVONNE GUERRERO, individually and as Guardian ad Litem for: JESUS I. GUERRERO, a Minor Child; LUIS GUERRERO, a Minor Child; ICELLA M. GUERRERO, a Minor Child;

Plaintiffs,

vs.

COUNTY OF SAN BENITO; COUNTY OF SAN BENITO SHERIFF'S DEPARTMENT; MICHAEL RODRIGUES; CURTIS J. HILL

Defendants.

Case No: C08-00307 PVT

ANSWER OF DEFENDANT MICHAEL RODRIGUES TO PLAINTIFFS' COMPLAINT FOR DAMAGES FOR WRONGFUL DEATH AND SURVIVAL ACTION FOR VIOLATION OF CIVIL RIGHTS

DEMAND FOR JURY TRIAL

Defendant MICHAEL RODRIGUES, (hereinafter "Defendant") answers plaintiffs' Complaint for Damages for Wrongful Death and Survival Action for Violation of Civil Rights as follows:

1. In answer to Paragraph 1 of the Plaintiff's Complaint herein, this answering defendant admits that while in the course and scope of his duties as a Deputy with the County of San Benito, he was in an altercation with Israel Guerrero on June 10, 2007, and that thereafter, Israel Guerrero passed away; but this answering defendant denies the remainder of the allegations in this paragraph and specifically denies that his actions caused the injuries

JORGENSON, SIEGEL, McCLURE & FLEGEL, LLP
ATTORNEYS AT LAW
MENLO PARK, CALIFORNIA
(650) 324-9300

DEF MICHAEL RODRIGUES'
ANSWER TO COMPLAINT        1        N:\DATA\Clients\R\Rodrigues,M\Pldgs\ans-c.wpd

1  and/or death of Israel Guerrero and caused the plaintiffs to suffer damages, and this answering defendant further denies that his actions were unprovoked, or malicious, or that this answering defendant used excessive force.

2. In answer to Paragraph 2 of Plaintiffs' Complaint herein, this answering defendant acknowledges the jurisdiction of the United States District Court.

3. In answer to Paragraph 3 of Plaintiffs' Complaint herein, this answering defendant acknowledges the jurisdiction of the United States District Court.

4. In answer to Paragraph 4 of Plaintiffs' Complaint herein, this answering defendant acknowledges the jurisdiction of the United States District Court.

5. In answer to Paragraph 5 of Plaintiffs' Complaint herein, there are no charging allegations with respect to Paragraph 5.

6. In answer to Paragraph 6 of Plaintiffs' Complaint herein, this answering defendant admits that Israel Guerrero died on June 10, 2007, but except as admitted herein, this answering defendant lacks information and on that basis, denies the remaining allegations of this Paragraph.

7. In answer to Paragraph 7 of Plaintiffs' Complaint herein, this answering defendant lacks information and on that basis, denies the allegations.

8. In answer to Paragraph 8 of Plaintiffs' Complaint herein, this answering defendant lacks information and on that basis, denies the allegations.

9. In answer to Paragraph 9 of Plaintiffs' Complaint herein, this answering defendant lacks information and on that basis, denies the allegations.

10. In answer to Paragraph 10 of Plaintiffs' Complaint herein, this answering defendant lacks information and on that basis, denies the allegations.

11. In answer to Paragraph 11 of Plaintiffs' Complaint herein, this answering defendant lacks information and on that basis, denies the allegations.

12. In answer to Paragraph 12 of Plaintiffs' Complaint herein, this answering defendant admits to the allegations therein.

JORGENSON, SIEGEL, McCLURE & FLEGEL, LLP
ATTORNEYS AT LAW
MENLO PARK, CALIFORNIA
(650) 324-9300

DEF MICHAEL RODRIGUES'
ANSWER TO COMPLAINT         2         N:\DATA\Clients\R\Rodrigues,M\Pldgs\ans-c.wpd

13. In answer to Paragraph 13 of Plaintiffs' Complaint herein, this answering defendant admits to the allegations therein.

14. In answer to Paragraph 14 of Plaintiffs' Complaint herein, this answering defendant admits to the allegations therein.

15. In answer to Paragraph 15 of Plaintiffs' Complaint herein, this answering defendant admits that on June 10, 2007, this answering defendant was a San Benito County Sheriff's Deputy who was working under color of law at the time of the incident. Except as specifically admitted herein, this answering defendant denies the remaining allegations.

16. In answer to Paragraph 16 of Plaintiffs' Complaint herein, this answering defendant admits that on June 10, 2007, this answering defendant was acting pursuant to Defendant COUNTY's customs and policies but denies that those policies resulted in the wrongful death of decedent, Israel Guerrero. This answering defendant further denies that he used unreasonable force and denies that decedent's constitutional rights and personal rights were violated. This answering defendant admits that he was in uniform, on duty as a sheriff's deputy, and acting within the scope of his employment on June 10, 2007.

17. In answer to Paragraph 17 of Plaintiffs' Complaint herein, this answering defendant admits to the allegations therein.

18. In answer to Paragraph 18 of Plaintiffs' Complaint herein, this answering defendant admits to the allegations therein.

19. In answer to Paragraph 19 of Plaintiffs' Complaint herein, there are no specific charging allegations with respect to Paragraph 5.

20. In answer to Paragraph 20 of Plaintiffs' Complaint herein, this answering defendant denies that he confronted Decedent but admits that he had his minor daughter in his patrol car.

21. In answer to Paragraph 21 of Plaintiffs' Complaint herein, this answering defendant denies that he confronted and assaulted Israel Guerrero. In further answer, defendant admits that during the course of the stop that he and other law enforcement authorities used force including a taser and a firearm but denies that any of the force used

JORGENSON, SIEGEL, McCLURE & FLEGEL, LLP
ATTORNEYS AT LAW
MENLO PARK, CALIFORNIA
(650) 324-9300

DEF MICHAEL RODRIGUES'
ANSWER TO COMPLAINT     3     N:\DATA\Clients\R\Rodrigues,M\Pldgs\ans-c.wpd

was unnecessary and unwarranted in the performance of their duties, and finally, denies that unreasonable, unwarranted and excessive force was used.

22. In answer to Paragraph 22 of Plaintiffs' Complaint herein, this answering defendant denies that he assaulted, battered, and abused decedent. Defendant further denies that the use of force employed was done in the absence of just cause or provocation. Defendant denies that decedent's constitutional rights were violated.

23. In answer to Paragraph 23 of Plaintiffs' Complaint herein, this answering defendant admits that he shot the decedent, that decedent was taken to Hazel Hawkins Hospital and that he died at the hospital. Defendant otherwise denies the allegations in Paragraph 23.

24. In answer to Paragraph 24 of Plaintiffs' Complaint herein, this answering defendant admits that Israel Guerrero died on June 10, 2007, but denies the remaining allegations therein.

25. In answer to Paragraph 25 of Plaintiffs' Complaint herein, this answering defendant denies the allegations therein.

26. In answer to Paragraph 26 of Plaintiffs' Complaint herein, this answering defendant denies the allegations therein.

27. In answer to Paragraph 27 of Plaintiffs' Complaint herein, this answering defendant denies the allegations therein.

28. In answer to Paragraph 28 of Plaintiffs' Complaint herein, this answering defendant denies the allegations therein.

29. In answer to Paragraph 29 of Plaintiffs' Complaint herein, this answering defendant denies the allegations therein.

30. In answer to Paragraph 30 of Plaintiffs' Complaint herein, this answering defendant incorporates by reference all responses to the allegations of the Complaint as if set forth fully herein.

31. In answer to Paragraph 31 of Plaintiffs' Complaint herein, this answering defendant admits to the allegations therein.

JORGENSON, SIEGEL, McCLURE & FLEGEL, LLP
ATTORNEYS AT LAW
MENLO PARK, CALIFORNIA
(650) 324-9300

**DEF MICHAEL RODRIGUES'**
**ANSWER TO COMPLAINT**   4   N:\DATA\Clients\R\Rodrigues,M\Pldgs\ans-c.wpd

32. In answer to Paragraph 32 of Plaintiffs' Complaint herein, this answering defendant denies the allegations therein.

33. In answer to Paragraph 33 of Plaintiffs' Complaint herein, this answering defendant denies the allegations therein.

34. In answer to Paragraph 34 of Plaintiffs' Complaint herein, this answering defendant denies the allegations therein.

35. Plaintiffs' Complaint omits Paragraphs 35 through 42.

36. In answer to Paragraph 43 of Plaintiffs' Complaint herein, this answering defendant incorporates by reference all responses to the allegations of the Complaint as if set forth fully herein.

37. In answer to Paragraph 44 of Plaintiffs' Complaint herein, this answering defendant denies the allegations therein.

38. In answer to Paragraph 45 of Plaintiffs' Complaint herein, this answering defendant incorporates by reference all responses to the allegations of the Complaint as if set forth fully herein.

39. In answer to Paragraph 46 of Plaintiffs' Complaint herein, this answering defendant denies the allegations therein.

40. In answer to Paragraph 47 of Plaintiffs' Complaint herein, this answering defendant denies the allegations therein.

41. In answer to Paragraph 48 of Plaintiffs' Complaint herein, this answering defendant incorporates by reference all responses to the allegations of the Complaint as if set forth fully herein.

42. In answer to Paragraph 49 of Plaintiffs' Complaint herein, this answering defendant denies the allegations therein.

43. In answer to Paragraph 50 of Plaintiffs' Complaint herein, this answering defendant denies the allegations therein.

44. In answer to Paragraph 51 of Plaintiffs' Complaint herein, this answering defendant incorporates by reference all responses to the allegations of the Complaint as if

JORGENSON, SIEGEL, McCLURE & FLEGEL, LLP
ATTORNEYS AT LAW
MENLO PARK, CALIFORNIA
(650) 324-9300

DEF MICHAEL RODRIGUES'
ANSWER TO COMPLAINT          5          N:\DATA\Clients\R\Rodrigues,M\Pldgs\ans-c.wpd

1  set forth fully herein.

2  45.  In answer to Paragraph 52 of Plaintiffs' Complaint herein, this answering
3  defendant denies the allegations therein.

4  46.  In answer to Paragraph 53 of Plaintiffs' Complaint herein, this answering
5  defendant denies the allegations therein.

6  47.  In answer to Paragraph 54 of Plaintiffs' Complaint herein, this answering defendant
7  denies the allegations therein.

8  48.  In answer to Paragraph 55 of Plaintiffs' Complaint herein, this answering
9  defendant denies the allegations therein.

10  49.  In answer to Paragraph 56 of Plaintiffs' Complaint herein, this answering
11  defendant incorporates by reference all responses to the allegations of the Complaint as if
12  set forth fully herein.

13  50.  In answer to Paragraph 57 of Plaintiffs' Complaint herein, this answering
14  defendant denies the allegations therein.

15  51.  In answer to Paragraph 58 of Plaintiffs' Complaint herein, this answering
16  defendant denies the allegations therein.

17  52.  In answer to Paragraph 59 of Plaintiffs' Complaint herein, this answering
18  defendant lacks information in which to admit or deny the allegations of this Paragraph, and
19  therefore, denies.

20  53.  In answer to Paragraph 60 of Plaintiffs' Complaint herein, this answering
21  defendant incorporates by reference all responses to the allegations of the Complaint as if
22  set forth fully herein.

23  54.  In answer to Paragraph 61 of Plaintiffs' Complaint herein, this answering
24  defendant lacks information in which to admit or deny the allegations of this Paragraph, and
25  therefore, denies.

26  55.  In answer to Paragraph 62 of Plaintiffs' Complaint herein, this answering
27  defendant denies the allegations therein.

28

JORGENSON, SIEGEL McCLURE & FLEGEL, LLP
ATTORNEYS AT LAW
MENLO PARK, CALIFORNIA
(650) 324-9300

DEF MICHAEL RODRIGUES'
ANSWER TO COMPLAINT            6            N:\DATA\Clients\R\Rodrigues,M\Pldgs\ans-c.wpd

1 | 56. In answer to Paragraph 63 of Plaintiffs' Complaint herein, this answering defendant denies the allegations therein.

57. In answer to Paragraph 64 of Plaintiffs' Complaint herein, this answering defendant denies the allegations therein.

58. In answer to Paragraph 65 of Plaintiffs' Complaint herein, this answering defendant denies the allegations therein.

59. In answer to Paragraph 66 of Plaintiffs' Complaint herein, this answering defendant denies the allegations therein.

60. In answer to Paragraph 67 of Plaintiffs' Complaint herein, this answering defendant incorporates by reference all responses to the allegations of the Complaint as if set forth fully herein.

61. In answer to Paragraph 68 of Plaintiffs' Complaint herein, this answering defendant admits to the allegations therein.

62. In answer to Paragraph 69 of Plaintiffs' Complaint herein, this answering defendant denies the allegations therein.

63. In answer to Paragraph 70 of Plaintiffs' Complaint herein, this answering defendant admits to the allegations therein.

64. In answer to Paragraph 71 of Plaintiffs' Complaint herein, this answering defendant denies the allegations therein.

65. In answer to Paragraph 72 of Plaintiffs' Complaint herein, this answering defendant denies the allegations therein.

## AFFIRMATIVE DEFENSES

AS AND FOR A FIRST AFFIRMATIVE DEFENSE, the Complaint fails to state a claim upon which relief can be granted.

AS AND FOR A SECOND AFFIRMATIVE DEFENSE, Decedent was careless and negligent in and/or about the matters referred to in said Complaint, and further that the Decedent failed to exercise ordinary or any care for Decedent's own safety and such carelessness and negligence on the part of Decedent proximately caused and contributed to

JORGENSON, SIEGEL, McCLURE & FLEGEL, LLP
ATTORNEYS AT LAW
MENLO PARK, CALIFORNIA
(650) 324-9300

DEF MICHAEL RODRIGUES'
ANSWER TO COMPLAINT         7         N:\DATA\Clients\R\Rodrigues,M\Pldgs\ans-c.wpd

1  the damage, detriment or injury sustained by Decedent, if any, and that Plaintiffs' recovery
2  should therefore either be barred or reduced to the extent of Decedent's negligence.
3      AS AND FOR A THIRD AFFIRMATIVE DEFENSE, any harm suffered was a result of
4  a negligent or otherwise wrongful conduct of persons other than Defendant and that the
5  conduct of the person other than Defendant was the sole and proximate cause of the injuries
6  and damages alleged by Plaintiff.
7      AS AND FOR A FOURTH AFFIRMATIVE DEFENSE, all actions taken by Defendant,
8  including actions of DOE Defendants, were undertaken in good faith and with a reasonable
9  belief that the actions were valid, necessary, constitutionally proper and objectively
10 reasonable for a police officer in the same circumstances, entitling Defendant to qualified
11 immunity from Plaintiffs' claimed injuries and damages.
12     AS AND FOR A FIFTH AFFIRMATIVE DEFENSE, Plaintiffs have failed to mitigate their
13 damages, if any.
14     AS AND FOR A SIXTH AFFIRMATIVE DEFENSE, the reports of which Plaintiffs
15 complain were made honestly, in good faith and not maliciously in that Defendant reported
16 what his observation was and what occurred.
17     AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE, Defendant alleges that Plaintiffs'
18 Complaint is barred by the Doctrine of Unclean Hands.
19     AS AND FOR AN EIGHTH AFFIRMATIVE DEFENSE, Defendant is entitled to immunity
20 under the Eleventh Amendment.
21     AS AND FOR A NINTH AFFIRMATIVE DEFENSE, Defendant contends that he is
22 immune from liability pursuant to the Federal Civil Rights Act because he was acting in good
23 faith and entertained a reasonable belief that his actions were necessary.
24     AS AND FOR A TENTH AFFIRMATIVE DEFENSE, Defendant contends that he is
25 immune pursuant to the principals of qualified immunity.
26     AS AND FOR AN ELEVENTH AFFIRMATIVE DEFENSE, Defendant alleges that he has
27 not deprived any person, including Decedent, of any right, privilege, or immunity guaranteed
28 by the Constitution or laws of the United States or the State of California, and, therefore,

JORGENSON, SIEGEL, McCLURE & FLEGEL, LLP
ATTORNEYS AT LAW
MENLO PARK, CALIFORNIA
(650) 324-9300

DEF MICHAEL RODRIGUES'
ANSWER TO COMPLAINT         8         N:\DATA\Clients\R\Rodrigues,M\Pldgs\ans-c.wpd

1  Defendant is not liable.                                                                 AS AND

2  FOR A TWELFTH AFFIRMATIVE DEFENSE, Defendant alleges that the acts or omissions

3  set forth in the First Amended Complaint, even if proven true, constitute mere negligence and

4  were not intentional, willful or grossly negligent, and as a consequence, fails to state a claim

5  for relief.

6  AS AND FOR A THIRTEENTH AFFIRMATIVE DEFENSE, Defendant employees were

7  objectively reasonable in light of the facts and circumstances confronting them, and their

8  conduct did not violate clearly established statutory or Constitutional rights of which a

9  reasonable person would have known.

10  AS AND FOR A FOURTEENTH AFFIRMATIVE DEFENSE, Plaintiffs' special damages,

11  if any, should be reduced to the actual amount paid to Decedent's health care providers for

12  services reasonably related to Decedent's injuries, or are anticipated to be paid in the future.

14  WHEREFORE, Defendant prays as follows:

15  1.  Dismissal of Plaintiff's Complaint with prejudice;

16  2.  Plaintiffs take nothing by reason of their Complaint;

17  3.  Defendant be awarded reasonable attorney's fees;

18  4.  Defendant be awarded costs of suit; and,

19  5.  For such other and further relief as the Court deems appropriate.

21  Dated: February 28, 2008              JORGENSON, SIEGEL,
                                          MCCLURE & FLEGEL, LLP

                                          John L. Flegel
                                          Attorney for Defendant
                                          MICHAEL RODRIGUES

JORGENSON, SIEGEL, McCLURE & FLEGEL, LLP
ATTORNEYS AT LAW
MENLO PARK, CALIFORNIA
(650) 324-9300

DEF MICHAEL RODRIGUES'
ANSWER TO COMPLAINT          9          N:\DATA\Clients\R\Rodrigues,M\Pldgs\ans-c.wpd

## REQUEST FOR JURY TRIAL

Defendant MICHAEL RODRIGUES hereby requests a jury trial in this action.

Dated: February 28, 2008

JORGENSON, SIEGEL,
McCLURE & FLEGEL, LLP

_____
John L. Flegel
Attorney for Defendant
MICHAEL RODRIGUES

JORGENSON, SIEGEL, McCLURE & FLEGEL, LLP
ATTORNEYS AT LAW
MENLO PARK CALIFORNIA
(650) 324-9300

DEF MICHAEL RODRIGUES'
ANSWER TO COMPLAINT           10           N:\DATA\Clients\R\Rodrigues,M\Pldgs\ans-c.wpd

PROOF OF SERVICE BY MAIL

(CCP 1013a, 2015.5)

I declare that I am a citizen of the United States and that I am over the age of 18 years, employed in the County of San Mateo, and not a party to the within action; my business address is 1100 Alma Street, Suite 210, Menlo Park, CA 94025.

On February 28, 2008, I served the within **ANSWER OF DEFENDANT MICHAEL RODRIGUES TO PLAINTIFFS' COMPLAINT FOR DAMAGES FOR WRONGFUL DEATH AND SURVIVAL ACTION FOR VIOLATION OF CIVIL RIGHTS and DEMAND FOR JURY TRIAL** on the following named parties in said action by placing a true copy thereof for collection and mailing at Menlo Park, California, following our ordinary business practices. I am readily familiar with this business practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage prepaid. The envelope was addressed as follows:

| | |
|---|---|
| Michael David Liberty, Esq.<br>Law Office of Michael D. Liberty<br>1290 Howard Avenue, Suite 303<br>Burlingame, CA 94010 | Michael C. Serverian, Esq.<br>Rankin, Landsness, Lahde, Serverian & Stock<br>96 N. Third Street, Suite 500<br>San Jose, CA 95112 |
| (Attorneys for Plaintiffs) | (Attorneys for Defendants County of San Benito and Sheriff Curtis J. Hill) |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Menlo Park, California on February 28, 2008.

ROBIN RIGGINS

JORGENSON, SIEGEL, McCLURE & FLEGEL, LLP
ATTORNEYS AT LAW
MENLO PARK, CALIFORNIA
(650) 324-9300

PROOF OF SERVICE
(CCP 1013a, 2015.5)    11    N:\DATA\Clients\R\Rodrigues,M\Pldgs\ans-c.wpd