MICHAEL C. SERVERIAN (SBN 133203)
**RANKIN, LANDSNESS, LAHDE,**
  **SERVERIAN & STOCK**
96 No. Third Street, Suite 500
San Jose, California 95112
Telephone : (408) 293-0463
Facsimile : (408) 293-9514

Attorneys for Defendants
COUNTY OF SAN BENITO also sued herein as
COUNTY OF SAN BENITO SHERIFF'S
DEPARTMENT and SHERIFF CURTIS J. HILL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| IVONNE GUERRERO, individually and as Guardian ad Litem for: JESUS I. GUERRERO, a Minor Child; LUIS GUERRERO, a Minor Child; ICELLA M. GUERRERO, a Minor Child;<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN BENITO; COUNTY OF SAN BENITO SHERIFF'S DEPARTMENT; MICHAEL RODRIGUES; CURTIS J. HILL,<br><br>Defendants. | Case No. C08 00307 PVT<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

| | |
|---|---|
| 1  Dated: April 29, 2008 | RANKIN, LANDSNESS, LAHDE, SERVERIAN & STOCK |
| 2 | |
| 3 | |
| 4 | By: /s/ Michael C. Serverian<br>MICHAEL C. SERVERIAN<br>Attorneys for Defendants |

1
Consent To Proceed Before A United States Magistrate Judge