MICHAEL C. SERVERIAN (SBN 133203)
**RANKIN, LANDSNESS, LAHDE,**
  **SERVERIAN & STOCK**
96 No. Third Street, Suite 500
San Jose, California  95112
Telephone : (408) 293-0463
Facsimile : (408) 293-9514

Attorneys for Defendants
COUNTY OF SAN BENITO also sued herein as
COUNTY OF SAN BENITO SHERIFF'S
DEPARTMENT and SHERIFF CURTIS J. HILL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| IVONNE GUERRERO, individually and as Guardian ad Litem for: JESUS I. GUERRERO, a Minor Child; LUIS GUERRERO, a Minor Child; ICELLA M. GUERRERO, a Minor Child;<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN BENITO; COUNTY OF SAN BENITO SHERIFF'S DEPARTMENT; MICHAEL RODRIGUES; CURTIS J. HILL,<br><br>Defendants. | Case No. C08 00307 PVT<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>**Date:** May 6, 2008<br>**Time:** 2:00 p.m.<br>**Dept.:** Courtroom 5, 4th Floor<br>**Judge:** Patricia V. Trumbull |

The parties to the above-entitled action jointly submit this Case Management Statement and Proposed Order and request the Court adopt it as its Case Management Order.

**1.   Jurisdiction and Service:**

This court has jurisdiction over this matter pursuant to 42 USC § 1983 for alleged violations of due process under the 4th and 14th Amendments of the United States Constitution.

Defendants acknowledge jurisdiction of the United States District Court over this matter. Venue is not disputed.

All defendants have been served and answered plaintiffs' complaint.

**2.   Facts:**

This is a survival and wrongful death action brought by the wife and three minor children of decedent Israel Guerrero. Mr. Guerrero died at Hazel Hawkins Memorial Hospital on June 10, 2007, after a confrontation with San Benito County Sheriff's Deputy Michael Rodrigues and other law enforcement officers. Guerrero was unarmed at the time of the incident which occurred along Highway 156, a two lane highway in San Juan Bautista. Deputy Rodrigues was on patrol with his daughter in his patrol vehicle when he came upon two vehicles on the side of the road. One of the vehicles drove away soon after Deputy Rodrigues' arrival. Deputy Rodrigues exited his vehicle and approached Mr. Guerrero who was standing behind his vehicle tossing items out from his trunk onto the ground. Mr. Guerrero was unresponsive to Deputy Rodrigues' inquiries about whether there had been an accident and if Mr. Guerrero was okay. Further attempts to communicate were unsuccessful and Deputy Rodrigues suspected Mr. Guerrero was possibly under the influence of a controlled substance. When Mr. Guerrero was not responding to Deputy Rodrigues' commands, he was tased once by Deputy Rodrigues and struck with a collapsible baton. At Deputy Rodrigues' instruction, Deputy Penney also tased Mr. Guerrero. When he continued to quickly advance on Deputy Rodrigues, Deputy Rodrigues drew his gun and ordered Mr. Guerrero to the ground. Mr. Guerrero continued towards Deputy Rodrigues and when he was within a few feet of him, Deputy Rodrigues fired one bullet from his gun striking Mr. Guerrero in his stomach. Ultimately, Mr. Guerrero was transported by ambulance to Hazel Hawkins Memorial Hospital. Blood drawn from Mr. Guerrero was positive for methamphetamine and cocaine.

Plaintiffs sue for wrongful death and allege federal civil rights claims and state claims for assault and battery and negligent training and/or supervision. There is also a survival action. Punitive damages are sought against the individual defendants. Plaintiffs also

seek attorney fees under 42 USC § 1988.

**Factual Issues in Dispute:**

At this point, factual issues include:

    (a)    Whether decedent was aggressive and confrontational towards law enforcement;

    (b)    Whether defendants' actions were reasonable;

    (c)    Whether defendants' use of force and escalation of force were reasonable;

    (d)    Whether defendant SAN BENITO COUNTY knowingly maintained an official policy of permitting the types of wrongs alleged by plaintiff through deliberate indifference base on the principle set forth in <u>Monell v. New York City Department of Social Services</u>, 436 U.S. 658, 691, 98 S.Ct. 2018 (1978).

    (e)    The nature and extent of damages.

**3.    Legal Issues:**

    (a)    Whether decedent's civil rights were violated;

    (b)    Whether plaintiffs' civil rights were violated;

    (c)    The application of any immunities afforded defendants under state and/or federal law.

**4.    Motions:**

No motions are pending. Defendants anticipate the possibility of a summary judgment motion depending upon the facts/evidence developed in discovery. It is anticipated this motion would not be filed until discovery is completed.

**5.    Amendment of Pleadings:**

Plaintiffs do not presently anticipate amending their complaint.

**6.    Evidence Preservation:**

There are no issues at this time with respect to evidence preservation.

**7.    Disclosures:**

The parties will have timely submitted their FRCP 26 disclosures. The parties have

identified all persons involved in the subject incident, witnesses and documents.

**8.   Discovery:**

No discovery has been taken to date.

The parties suggest the following discovery plan:

Depositions (excluding experts) – 25 per side;

Interrogatories – 40 to each party;

Request for Production – per Rules;

Request for Admissions – per Rules.

The parties may offer expert testimony as to the following subject matters:

Police procedures, toxicology, causation and damages.

**9.   Class Actions:** Not applicable.

**10.   Related Cases:** None.

**11.   Relief:**

Plaintiff's seek economic and non-economic damages of between $3 million and $11 million.

**12.   Settlement and ADR:**

The parties have stipulated to Early Neutral Evaluation. The Early Neutral Evaluator is Randolph W. Hall. The ENE has not been set up. Defendants suggest that the ENE be held sooner rather than later and that discovery remains frozen until after the ENE.

**13.   Consent to Magistrate Judge For All Purposes:**

Defendants have consented to have Magistrate Trumbull conduct all further proceedings including trial and entry of judgment. Plaintiffs are still considering whether to consent.

**14.   Other References:**

Not applicable at this time.

**15.   Narrowing of Issues:**

Not applicable at this time.

**16.     Expedited Schedule:**

Not applicable at this time.

**17.     Scheduling:**

Fact discovery to be completed by _____.

On or before _____, the parties shall disclose experts pursuant to FRCP 26.  Rebuttal expert disclosure will be _____.

Expert witness discovery shall be completed by _____.

The Court orders the following additional limitations on the subject matter of discovery:

The discovery motion hearing cutoff date is _____.

Dispositive motions will be heard by _____.

A Pretrial Conference will be heard on _____.  The parties request a _____ trial date.

**18.     Trial:**

Plaintiffs and defendants demand a jury trial.  Trial is expected to last no more than ten court days.

**19.     Disclosure of Non-Party Interested Entities or Persons:**

Not applicable.

Dated: April 29, 2008

                                        By: /s/ Michael C. Serverian
                                            MICHAEL C. SERVERIAN
                                            Attorney for Defendants
                                            COUNTY OF SAN BENITO also sued
                                            herein as COUNTY OF SAN BENITO
                                            SHERIFF'S DEPARTMENT and
                                            SHERIFF CURTIS J. HILL

Dated: April 29, 2008

                                        /s/ Michael D. Liberty
                                        Michael D. Liberty
                                        Attorney for Plaintiffs

Dated: April 29, 2008

                                            /s/ John L. Flegel
                                            John L. Flegel
                                            Attorney for Defendant
                                            Officer Michael Rodrigues