JOHN L. FLEGEL, #57010
NICOLAS A. FLEGEL, #229360
JORGENSON, SIEGEL,
McCLURE & FLEGEL, LLP
1100 Alma Street, Suite 210
Menlo Park, CA 94025
Telephone: (650) 324-9300
Facsimile: (650) 324-0227

Attorneys for Defendant
MICHAEL RODRIGUES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| IVONNE GUERRERO, individually and as Guardian ad Litem for: JESUS I. GUERRERO, a Minor Child; LUIS GUERRERO, a Minor Child; ICELLA M. GUERRERO, a Minor Child;<br><br>   Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN BENITO; COUNTY OF SAN BENITO SHERIFF'S DEPARTMENT; MICHAEL RODRIGUES; CURTIS J. HILL<br><br>   Defendants.<br>_____/ | Case No: C08-00307 PVT<br><br>**DEFENDANT MICHAEL RODRIGUES' CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE.

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate conduct any and all

/ / /

/ / /

/ / /

/ / /

/ / /

JORGENSON, SIEGEL, McCLURE & FLEGEL, LLP
ATTORNEYS AT LAW
MENLO PARK, CALIFORNIA
(650) 324-9300

CONSENT TO PROCEED
BEFORE US MAGISTRATE    1    N:\DATA\Clients\R\Rodrigues,M\Pldgs\Consent-Magistrate-1.cns.wpd

1  further proceedings in the case, including trial, and order the entry of a final judgment. Appeal
2  from the judgment shall be taken directly to the United States Court of Appeals for the Ninth
3  Circuit.

5  Dated: April 30, 2008

JORGENSON, SIEGEL,
MCCLURE & FLEGEL, LLP

_____
John L. Flegel
Attorney for Defendant
MICHAEL RODRIGUES

JORGENSON, SIEGEL, McCLURE & FLEGEL, LLP
ATTORNEYS AT LAW
MENLO PARK, CALIFORNIA
(650) 324-9300

CONSENT TO PROCEED
BEFORE US MAGISTRATE   2

N:\DATA\Clients\R\Rodrigues,M\Pldgs\Consent-Magistrate-1.cns.wpd

## PROOF OF SERVICE BY MAIL

(CCP 1013a, 2015.5)

I declare that I am a citizen of the United States and that I am over the age of 18 years, employed in the County of San Mateo, and not a party to the within action; my business address is 1100 Alma Street, Suite 210, Menlo Park, CA 94025.

On April 30, 2008, I served the within **DEFENDANT MICHAEL RODRIGUES' CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** on the following named parties in said action by placing a true copy thereof for collection and mailing at Menlo Park, California, following our ordinary business practices. I am readily familiar with this business practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage prepaid. The envelope was addressed as follows:

| | |
|---|---|
| Michael David Liberty, Esq.<br>Law Office of Michael D. Liberty<br>1290 Howard Avenue, Suite 303<br>Burlingame, CA 94010 | Michael C. Serverian, Esq.<br>Rankin, Landsness, Lahde, Serverian & Stock<br>96 N. Third Street, Suite 500<br>San Jose, CA 95112 |
| Attorneys for Plaintiffs | Attorneys for Defendants County of San Benito and Sheriff Curtis J. Hill |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Menlo Park, California on April 30, 2008.

*(signed)* Robin Riggins
ROBIN RIGGINS

JORGENSON, SIEGEL, McCLURE & FLEGEL, LLP
ATTORNEYS AT LAW
MENLO PARK, CALIFORNIA
(650) 324-9300

PROOF OF SERVICE
(CCP 1013a, 2015.5)    3    N:\DATA\Clients\R\Rodrigues,M\Pldgs\Consent-Magistrate-1.cns.wpd