LAW OFFICE OF MICHAEL D. LIBERTY
Michael D. Liberty (Bar No. 136088)
1290 Howard Avenue, Suite 303
Burlingame, California 94010
Telephone: (650) 685-8085
Facsimile: (650) 685-8086
mdlaw@pacbell.net

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| IVONNE GUERRERO, INDIVIDUALLY AND AS GUARDIAN AD LITEM FOR: JESUS I. GUERRERO, A MINOR CHILD; LUIS GUERRERO, A MINOR CHILD; ICELLA M. GUERRERO, A MINOR CHILD;<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN BENITO; COUNTY OF SAN BENITO SHERIFF'S DEPARTMENT; MICHAEL RODRIGUES; CURTIS J. HILL<br><br>Defendants. | Case No. C08-00307<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636 (c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: April 30, 2008

LAW OFFICE OF MICHAEL D. LIBERTY

By: /s/ Michael D. Liberty
Michael D. Liberty
Attorney for Plaintiffs

## PROOF OF SERVICE

I am a citizen of the United States, over the age of 18 years, and not a party to the within entitled action. I am employed in the County of San Mateo. On this date, I served the following document(s):

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

__X__ By placing for collection and mailing, following ordinary business practices at my place of business, a true and correct copy thereof, in a sealed envelope with postage thereon fully prepaid, and addressed as set forth below. I am familiar with the business practice for collection and processing of documents for mailing with the United States Postal Service, said practice being that in the ordinary course of business, documents are deposited with the United States Postal Service on the same day as they are placed for collection.

__X__ (By E-Filing with the U.S. District Court) By submitting these documents for electronic Case Filing, pursuant to Local Rule 5-4 and General Order 45, at the Law Office of Michael D. Liberty, 1290 Howard Avenue, Suite 303, Burlingame, CA.

| | |
|---|---|
| John Flegel<br>Jorgensen, Siegel, McClure & Flegel, LLP<br>1100 Alma Street, Suite 210<br>Menlo Park, CA 94025 | Attorney for Defendant<br>Michael Rodrigues |
| Michael Serverian<br>Rankin, Landsness, Lahde, Serverian & Stock<br>96 N. Third Street, Suite 500<br>San Jose, CA 95112 | Attorney for Defendants<br>County of San Benito, County of San Benito Sheriff's Department and Curtis Hill |

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 30, 2008 at Burlingame, California.

*/s/ Marivel Gomez*