UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

MAGISTRATE PATRICIA V. TRUMBULL

Date: 5/6/08

Court Reporter: FTR         Clerk: Corinne Lew

Case No:C 08-00307 PVT      Case Title: Guerrero, et al., v. County of San Benito

| Appearances for Plaintiff(s) | Appearances for Defendants(s) |
|---|---|
| Michael D. Liberty | John Flegel<br>Michael Serverian |

## PROCEEDINGS

Pretrial Conferences:   [ ] Initial      [ ] Status      [ ] Discovery

                        [ ] Settlement   [ ] Final

                        [ ] Other        **[X] Case Management Conference**

| Pltf. | Deft. | MOTIONS |
|---|---|---|
| [ ] | [ ] | 1. |
| [ ] | [ ] | 2. |
| [ ] | [ ] | 3. |
| [ ] | [ ] | 4. |

## DISPOSITION

[ ] Granted           [ ] Submitted            [ ] Settled

[ ] Denied            [ ] Briefs to be filed   [ ] Not Settled

[ ] Granted in part, denied in part            [ ] Off Calendar

[ X ] Jury Trial 2/23/09 at 9:30 a.m.; Pretrial Conference 2/17/09 at 2:00 p.m.; Counsel stipulated to Early Neutral Evaluation.

**ORDER TO BE PREPARED BY**

[ ] Plaintiff     [ ] Defendant      [ X ] Court      [ ] Court w/opinion