1

2

3

4

5

6

7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11

12   IVONNE GUERRERO, et al.,              )       Case No.: C 08-0307 PVT
                                           )
13                  Plaintiffs,            )       **CASE MANAGEMENT**
                                           )       **CONFERENCE ORDER**
14          v.                             )
                                           )
15   COUNTY OF SAN BENITO, et al.,         )
                                           )
16                  Defendants.            )
                                           )
17   _____)

18          On May 6, 2008, the parties appeared before Magistrate Judge Patricia V. Trumbull for a

19   Case Management Conference.  Based on the parties' Joint Case Management Statement, and the

20   discussions held at the Case Management Conference,

21          IT IS HEREBY ORDERED that the court adopts the parties' statement of disputed

22   factual and legal issues as set forth in the Case Management Conference Statement.

23          IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or

24   other amendments to the pleadings, is sixty days after entry of this order.

25          IT IS FURTHER ORDERED that the following modifications are made to the

26   presumptive limits on discovery set forth in the Federal Rules of Civil Procedure:

27          Each party may propound up to 40 interrogatories; and

28          Each side may notice up to 15 depositions (or more if all parties agree in writing).

1    IT IS FURTHER ORDERED that, as previously ordered, this case is referred to Early

2  Neutral Evaluation.

3    IT IS FURTHER ORDERED that the following schedule shall apply to this case:

4  Opening Designation of Experts with Reports. . . . . . . . . . . . . . . . . . . . . . . . . . 10/24/08

5  Designation of Rebuttal Experts with Reports.. . . . . . . . . . . . . . . . . . . . . . . . . 11/21/08

6  Fact Discovery Cutoff. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12/31/08

7  Expert Discovery Cutoff. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1/30/09

8  Deadline(s) for Filing Discovery Motions. . . . . . . . . . . . . . . . . *See* Civil Local Rule 26-2

9  Last Day for Dispositive Motion Hearing[1] . . . . . . . . . . . . . . . . . . . 10:00 a.m. on 2/3/09

10  Final Pretrial Conference. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2:00 p.m. on 2/17/09

11  Trial . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9:00 a.m. on 2/23/09

12    IT IS HEREBY ORDERED that the parties shall comply with the Standing Order for

13  Civil Practice in Cases Assigned for All Purposes to Magistrate Judge Patricia V. Trumbull  (rev.

14  1/5/06), a copy of which is available from the clerk of the court,[2] with regard to the timing and

15  content of the Joint Pretrial Statement, and all other pretrial submissions.

16  Dated: *5/9/08*

17  _Patricia V. Trumbull_
    PATRICIA V. TRUMBULL
18    United States Magistrate Judge

19

20

21

22

23

24

25 ───────────────────

26    This is the last date for *hearing* dispositive motions.  Any such motions must be
   noticed in compliance with Civil Local Rule 7-2(a).

27    A copy of Judge Trumbull's standing order is also available on the court's website
   at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Trumbull's
28  name, then on the "Magistrate Judge Trumbull's Standing Orders" link, and finally on the bullet
   for "Mag Judge Trumbull's General Order for all purposes (01/5/06)."