**FILED**
JUL 0 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## Northern District of California

Guerrero,

    Plaintiff(s),

v.

County of San Benito,

    Defendant(s).

No. C 08-00307 PVT ENE

**Certification of ADR Session**

*Instructions: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1. I hereby certify that the parties in this matter held a ☐ Mediation or ☑ ENE session on (date) 7-2-08

2. Did the case settle?   ☐ fully   ☐ partially   ☑ no

3. If the case did not settle fully, is any follow-up contemplated?
   - ☐ another session scheduled for (date) _____
   - ☐ phone discussions expected by (date) _____
   - ☑ no

4. **IS THIS ADR PROCESS COMPLETED?**   ☑ **YES**   ☐ **NO**

Dated: 7-2-08

*Randolph W. Hall* (signature)
**Evaluator, Randolph W. Hall**
Oakland City Attorney's Office
One Frank Ogawa Plaza, Suite 600
Oakland, CA 94612

**Certification of ADR Session**
08-00307 PVT ENE