MICHAEL C. SERVERIAN (SBN 133203)
**RANKIN, LANDSNESS, LAHDE, SERVERIAN & STOCK**
96 No. Third Street, Suite 500
San Jose, California 95112
Telephone : (408) 293-0463
Facsimile : (408) 293-9514

Attorneys for Defendants
COUNTY OF SAN BENITO also sued herein as
COUNTY OF SAN BENITO SHERIFF'S
DEPARTMENT and SHERIFF CURTIS J. HILL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| IVONNE GUERRERO, individually and as Guardian ad Litem for: JESUS I. GUERRERO, a Minor Child; LUIS GUERRERO, a Minor Child; ICELLA M. GUERRERO, a Minor Child;<br><br>        Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN BENITO; COUNTY OF SAN BENITO SHERIFF'S DEPARTMENT; MICHAEL RODRIGUES; CURTIS J. HILL,<br><br>        Defendants. | Case No. C08 00307 PVT<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR EXPERT DISCOVERY** |

The parties agree that additional time is necessary for expert witness disclosure and rebuttal expert witness disclosure. The parties stipulate that the designation of experts with reports shall be exchanged on November 14, 2008, and that the designation of rebuttal experts with reports are now due December 5, 2008. All other deadlines to remain per Magistrate Trumbull's Case Management Conference Order of May 9, 2008.

**IT IS HEREBY STIPULATED** between all counsel that:

1.   The designation of experts with reports will be exchanged on November 14,

2008; and

2. The designation of rebuttal experts with reports shall be due on December 5, 2008.

Dated: November 5, 2008          RANKIN, LANDSNESS, LAHDE, SERVERIAN & STOCK

By: _____
MICHAEL C. SERVERIAN
Attorney for Defendants
COUNTY OF SAN BENITO, et al.

Dated: Nov. 5, 2008          JORGENSON SIEGEL, MCCLURE & FLEGEL

By: _____
JOHN L. FLEGEL
Attorney for Defendant
Michael Rodrigues

Dated: _____          LAW OFFICE OF MICHAEL D. LIBERTY

By: _____
MICHAEL D. LIBERTY
Attorney for Plaintiffs

### ORDER

**IT IS HEREBY ORDERED** that the designation of experts with reports shall be exchanged on November 14, 2008 and that the designation of rebuttal experts with reports shall be exchanged on December 5, 2008.

Dated: 11/10/08          _____
PATRICIA V. TRUMBULL
United States Magistrate Judge

1. The designation of experts with reports will be exchanged on November 14, 2008; and

2. The designation of rebuttal experts with reports shall be due on December 5, 2008.

Dated: _____         RANKIN, LANDSNESS, LAHDE, SERVERIAN & STOCK

                               By:_____
                               MICHAEL C. SERVERIAN
                               Attorney for Defendants
                               COUNTY OF SAN BENITO, et al.

Dated: _____         JORGENSON SIEGEL, MCCLURE & FLEGEL

                               By:_____
                               JOHN L. FLEGEL
                               Attorney for Defendant
                               Michael Rodrigues

Dated: 11/5/08                 LAW OFFICE OF MICHAEL D. LIBERTY

                               By: _____
                               MICHAEL D. LIBERTY
                               Attorney for Plaintiffs

## ORDER

**IT IS HEREBY ORDERED** that the designation of experts with reports shall be exchanged on November 14, 2008 and that the designation of rebuttal experts with reports shall be exchanged on December 5, 2008.

STIPULATION AND ORDER TO EXTEND DEADLINE FOR EXPERT DISCOVERY
Case No. C08 00307 PVT
2