LAW OFFICE OF MICHAEL D. LIBERTY
Michael D. Liberty (Bar No. 136088)
1290 Howard Avenue, Suite 303
Burlingame, California 94010
Telephone: (650) 685-8085
Facsimile: (650) 685-8086
mdlaw@pacbell.net

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| IVONNE GUERRERO, INDIVIDUALLY AND AS GUARDIAN AD LITEM FOR: JESUS I. GUERRERO, A MINOR CHILD; LUIS GUERRERO, A MINOR CHILD; ICELLA M. GUERRERO, A MINOR CHILD;<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN BENITO; COUNTY OF SAN BENITO SHERIFF'S DEPARTMENT; MICHAEL RODRIGUES; CURTIS J. HILL<br><br>Defendants. | Case No. C08-00307<br><br><br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR REBUTTAL EXPERT DISCLOSURE FROM DECEMBER 5, 2008 TO DECEMBER 12, 2008** |

The parties stipulate that the designation of rebuttal experts with reports will be exchanged on December 12, 2008 instead of December 5, 2008. All other deadlines to remain per Magistrate Trumball's Case Management Conference Order.

**IT IS HEREBY STIPULATED** between all counsel that:

1. The designation of rebuttal experts with reports shall be due on December 12, 2008.

1

Dated: December 8, 2008                    LAW OFFICE OF MICHAEL D. LIBERTY

                                           By: /s/ Michael D. Liberty
                                           Michael D. Liberty
                                           Attorney for Plaintiffs

Dated: December ___, 2008                  RANKIN LANDSNESS, LAHDE, SERVERIAN &
                                           STOCK

                                           By: _____
                                           Michael C. Serverian
                                           Attorney for Defendants
                                           COUNTY OF SAN BENITO, et al.

Dated: December ___, 2008                  JORGENSON, SIEGEL, MCCLURE & FELGEL

                                           By: _____
                                           John Flegel
                                           Attorney for Defendant
                                           MICHAEL RODRIGUES

## ORDER

**IT IS HEREBY ORDERED** that the designation of rebuttal experts with reports shall be exchanged on December 12, 2008.

Dated: 12/10/08                            /s/ Patricia V. Trumbull
                                           PATRICIA V. TRUMBULL
                                           United States Magistrate Judge

Case 5:08-cv-00307-PVT   Document 36   Filed 12/11/08   Page 3 of 4

Dated: December ___, 2008

LAW OFFICE OF MICHAEL D. LIBERTY

By:_____
Michael D. Liberty
Attorney for Plaintiffs

Dated: December ___, 2008

RANKIN LANDSNESS, LAHDE, SERVERIAN & STOCK

By:_____
Michael C. Serverian
Attorney for Defendants
COUNTY OF SAN BENITO, et al.

Dated: December 8, 2008

JORGENSON, SIEGEL, MCCLURE & FELGEL

By:_____
John Fiegel
Attorney for Defendant
MICHAEL RODRIGUES

## ORDER

**IT IS HEREBY ORDERED** that the designation of rebuttal experts with reports shall be exchanged on December 12, 2008.

Dated:_____

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

2

STIPULATION AND ORDER TO EXTEND DEADLINE FOR REBUTTAL EXPERT DISCLOSURE FROM DECEMBER 5, 2008 TO DECEMBER 12, 2008

Dated: December ___, 2008

LAW OFFICE OF MICHAEL D. LIBERTY

By:_____
Michael D. Liberty
Attorney for Plaintiffs

Dated: December 8, 2008

RANKIN LANDSNESS, LAHDE, SERVERIAN & STOCK

By: /s/ Michael C. Serverian
Michael C. Serverian
Attorney for Defendants
COUNTY OF SAN BENITO, et al.

Dated: December ___, 2008

JORGENSON, SIEGEL, MCCLURE & FELGEL

By:_____
John Flegel
Attorney for Defendant
MICHAEL RODRIGUES

### ORDER

**IT IS HEREBY ORDERED** that the designation of rebuttal experts with reports shall be exchanged on December 12, 2008.

Dated:_____

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge