LAW OFFICE OF MICHAEL D. LIBERTY
Michael D. Liberty (Bar No. 136088)
1290 Howard Avenue, Suite 303
Burlingame, California 94010
Telephone: (650) 685-8085
Facsimile: (650) 685-8086
mdlaw@pacbell.net

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| IVONNE GUERRERO, INDIVIDUALLY AND AS GUARDIAN AD LITEM FOR: JESUS I. GUERRERO, A MINOR CHILD; LUIS GUERRERO, A MINOR CHILD; ICELLA M. GUERRERO, A MINOR CHILD;<br><br>    Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN BENITO; COUNTY OF SAN BENITO SHERIFF'S DEPARTMENT; MICHAEL RODRIGUES; CURTIS J. HILL<br><br>    Defendants. | Case No. C08-00307<br><br>**STIPULATION AND ORDER FOR HEARING DATE ON PLAINTIFFS' MOTION FOR ATTORNEYS' FEES**<br><br>Date: March 3, 2009<br>Time: 10:00 a.m.<br>Dept: Courtroom 5, 4th Floor<br>Judge: Hon. Patricia V. Trumbull |

    Plaintiffs and Michael Rodrigues hereby stipulate that the hearing date on plaintiffs' previously filed Motion for Attorney Fees may be heard on March 3, 2009, at 10:00 a.m. concurrently with Defendants' Motion for Summary Judgment.

1

Dated: February 3, 2009

LAW OFFICE OF MICHAEL D. LIBERTY

By: /s/ Michael D. Liberty
Michael D. Liberty
Attorney for Plaintiffs

Dated: February ___, 2009

JORGENSON, SIEGEL, MCCLURE & FELGEL

By: _____
John Flegel
Attorney for Defendant
MICHAEL RODRIGUES

**ORDER**

IT IS SO ORDERED:

Dated: 2/6/09

/s/ Patricia V. Trumbull
PATRICIA V. TRUMBULL
United States Magistrate Judge

2

**STIPULATION AND ORDER FOR HEARING DATE ON PLAINTIFFS' MOTION FOR ATTORNEYS' FEES**

Dated: February 5, 2009

LAW OFFICE OF MICHAEL D. LIBERTY

By: _____
Michael D. Liberty
Attorney for Plaintiffs

Dated: February 5, 2009

JORGENSON, SIEGEL, MCCLURE & FLEGEL

By: _____
John Flegel
Attorney for Defendant
MICHAEL RODRIGUES

**ORDER**

IT IS SO ORDERED:

Dated: _____

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

STIPULATION AND ORDER FOR HEARING DATE ON PLAINTIFFS' MOTION FOR ATTORNEYS' FEES

2