UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IVONNE GUERRERO, et al., | Case No.: C 08-0307 PVT |
| Plaintiffs, | **ORDER SCHEDULING TRIAL DATES** |
| v. | |
| COUNTY OF SAN BENITO, et al., | |
| Defendants. | |

On March 3, 2009, the parties appeared before Magistrate Judge Patricia V. Trumbull for a trial setting conference. Based on the discussions at the conference,

IT IS HEREBY ORDERED that the parties shall appear for a pretrial conference at 2:00 p.m. on June 16, 2009.

IT IS FURTHER ORDERED that the parties shall comply with the Standing Order for Civil Practice in Cases Assigned for All Purposes to Magistrate Judge Patricia V. Trumbull (Rev. June 2008), a copy of which is available from the clerk of the court,[1] with regard to the timing of the Joint Pretrial Statement, *in limine* motions,[2] and all other pretrial submissions.

---

[1] A copy of Judge Trumbull's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Trumbull's name, then on the "Magistrate Judge Trumbull's Standing Orders" link, and finally on the bullet for "Mag Judge Trumbull's General Order for all purposes 06/10/08."

[2] At the trial setting conference the court set June 5, 2009 as the deadline for *in limine* motions. However, upon further consideration, that deadline does not allow adequate time for preparation of opposition papers by opposing counsel, and review by the court, in advance of the pretrial conference.

IT IS FURTHER ORDERED that the trial of this matter shall commence at 9:30 a.m. on June 22, 2009.

IT IS FURTHER ORDERED that the parties are referred to Magistrate Judge Seeborg for a settlement conference.  Within 5 court days after the court issues a ruling on the pending motion for summary judgment, the parties shall contact Judge Seeborg's chambers to schedule the settlement conference.

Dated: *3/3/09*

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge