UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IVONNE GUERRERO, et al., )<br>                                       )<br>            Plaintiffs, )<br>                                       )<br>      v.                          )<br>                                       )<br> COUNTY OF SAN BENITO, et al., )<br>                                       )<br>            Defendants. )<br>_____ ) | Case No.: C 08-00307 PVT<br><br>**ORDER RE *IN CAMERA* REVIEW** |

The court has completed its *in camera* review of box of documents lodged with the court on May 29, 2009 by Defendants County of San Benito and Curtis Hill.  Based on the *in camera* review and the file herein,

IT IS HEREBY ORDERED that Defendant County of San Benito shall produce all of the documents to Plaintiffs.  Many of the documents in the files that are relevant to the claims and defenses in this case.  The court is not inclined to comb through the files to identify documents that are not relevant.  Absent further order of the court, all of the documents shall be treated as "Confidential – Attorneys' Eyes Only."

Dated: *9/11/09*

PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*