UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| IVONNE GUERRERO, et al., | ) | Case No.: C 08-0307 PVT |
| Plaintiffs, | ) ) | **ORDER REFERRING CASE TO MAGISTRATE JUDGE LLOYD FOR SETTLEMENT CONFERENCE** |
| v. | ) ) | |
| COUNTY OF SAN BENITO, et al., | ) ) | |
| Defendants. | ) ) | |

Based on discussions at the prior trial setting conference,

IT IS HEREBY ORDERED that the parties are referred to Magistrate Judge Howard R. Lloyd for a settlement conference. The parties shall promptly contact Judge Lloyd's chambers to arrange the settlement conference to occur by May 14, 2010.

Dated: *Jan. 27, 2010*

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge