LAW OFFICE OF MICHAEL D. LIBERTY
Michael D. Liberty (Bar No. 136088)
1290 Howard Avenue, Suite 303
Burlingame, California 94010
Telephone: (650) 685-8085
Facsimile: (650) 685-8086
mdlaw@pacbell.net

Attorney for Plaintiffs

Law Office Of Michael D. Liberty
1290 Howard Ave., Suite 303
Burlingame, CA 94010
650-685-8085

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| IVONNE GUERRERO, INDIVIDUALLY AND AS GUARDIAN AD LITEM FOR: J.I.G., A MINOR CHILD; L.G., A MINOR CHILD; I.M.G., A MINOR CHILD;<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN BENITO; COUNTY OF SAN BENITO SHERIFF'S DEPARTMENT; MICHAEL RODRIGUES; CURTIS J. HILL<br><br>Defendants. | Case No. C08-00307<br><br>**STIPULATION AND ORDER APPOINTING IVONNE GUERRERO AS GUARDIAN AD LITEM FOR J.I.G., A MINOR, L.G., A MINOR, AND I.M.G., A MINOR** |

Plaintiffs, County of San Benito, County of San Benito Sheriff's Department Curtis Hill, and Michael Rodrigues hereby stipulate that Ivonne Guerrero is hereby appointed as Guardian Ad Litem for J.I.G., L.G. and I.M.G. for all purposes in this lawsuit, including for settlement and compromise of all minors' claims.

Dated: April 15, 2010

LAW OFFICE OF MICHAEL D. LIBERTY

By: ______________________
Michael D. Liberty
Attorney for Plaintiffs

Dated: April 14, 2010

RANKIN LANDSNESS, LAHDE, SERVERIAN & STOCK

By: ______________________
Michael C. Serverian
Attorney for Defendants
COUNTY OF SAN BENITO, et al.

Dated: April 14, 2010

JORGENSON, SIEGEL, MCCLURE & FELGEL

By: ______________________
John Flegel
Attorney for Defendant
MICHAEL RODRIGUES

I accept the appointment as Guardian Ad Litem for my three minor children: J.I.G., L.G. AND I.M.G.

Dated: April 14, 2010

______________________
IVONNE GUERRERO

**ORDER**

**IT IS SO ORDERED:**

Dated: 4/16/10

______________________
PATRICIA V. TRUMBULL
United States Magistrate Judge

2

STIPULATION AND ORDER APPOINTING IVONNE GUERRERO AS GUARDIAN AD LITEM FOR J.I.G., A MINOR, L.G., A MINOR, AND I.M.G., A MINOR

Dated: April 14, 2010

LAW OFFICE OF MICHAEL D. LIBERTY

By:____________________
Michael D. Liberty
Attorney for Plaintiffs

Dated: April 14, 2010

RANKIN LANDSNESS, LAHDE, SERVERIAN & STOCK

By:____________________
Michael C. Serverian
Attorney for Defendants
COUNTY OF SAN BENITO, et al.

Dated: April 14, 2010

JORGENSON, SIEGEL, MCCLURE & FELGEL

By:____________________
John Flegel
Attorney for Defendant
MICHAEL RODRIGUES

I accept the appointment as Guardian Ad Litem for my three minor children: J.I.G., L.G. AND I.M.G.

Dated: April 14, 2010

IVONNE GUERRERO

**ORDER**

**IT IS SO ORDERED:**

Dated:____________

____________________
PATRICIA V. TRUMBULL
United States Magistrate Judge

Law Office Of Michael D. Liberty
1290 Howard Ave., Suite 303
Burlingame, CA 94010
650.685.8085